FLORIDA DIGESTIVE HEALTH SPECIALISTS, LLP and Ramon E. Colina, M.D., LLC, Appellants,

v.

Ramon E. COLINA, M.D., Appellee.

Case No. 2D16–2480

District Court of Appeal of Florida, Second District.

Opinion filed December 9, 2016.

George G. Mahfood of Broad and Cassel, Miami, and Mark M. Barber of Broad and Cassel, Tampa, for Appellants.

Daniel C. Guarnieri of Berlin Patten Ebling, PLLC, Sarasota, and Raul E. Pinzon Morales, Orlando, for Appellee.

PER CURIAM.

This appeal is dismissed as moot. The issues raised in this appeal were resolved by the trial court's October 26, 2016, order complying with this court's published order in appeal No. 2D14–4551 granting the Appellants' motion to enforce mandate. See Fla. Digestive Health Servs., LLP v. Colina, 41 Fla. L. Weekly D2078, 202 So.3d 94 (Fla. 2d DCA Sep. 7, 2016).

Dismissed.

MORRIS, LUCAS, and ROTHSTEIN-YOUAKIM, JJ., Concur.